## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| PENN-AMERICA INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.: 1:24-cv-03195-TWT |
| ATL20RIV Owner LLC dba Archway Apartments, STRATEGIC MANAGEMENT PARTNERS, LLC, KETRA PARSON, JAIDA PARSON, ARCHWAY EQUITY PARTNERS, LLC, and ALEXANDER FORREST INVESTMENTS, LLC | ) ) ) ) ) ) ) | |
| Defendants. | | |

## PLAINTIFF PENN-AMERICA INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, PENN AMERICA INSURANCE COMPANY ("Plaintiff" or "PAIC"), by and through its undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules for the United States District Court for the Northern District of Georgia, states that it is a privately held corporation which is indirectly wholly owned by its parent company, Global Indemnity Group LLC, a Delaware limited liability company, publicly traded on the

New York Stock Exchange under the ticker symbol GBLI.  PAIC's sole subsidiary is Penn-Star Insurance Company. Further, no other publicly held company owns 10% or more of PAIC's stock. PAIC further states as follows:

1.     The following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party[1]:

     (a)     Penn-America Insurance Company, Plaintiff

     (b)     Global Indemnity Group LLC, parent company of Plaintiff

     (c)     ATL20RIV Owner LLC dba Archway Apartments, Defendant

     (d)     STRATEGIC MANAGEMENT PARTNERS, LLC, Defendant

     (e)     Ketra Parson, Defendant

     (f)     Jaida Parson, Defendant

     (g)     ARCHWAY EQUITY PARTNERS, LLC, Defendant

     (h)     ALEXANDER FORREST INVESTMENTS, LLC, Defendant

2.     The following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to the party as a subsidiary, conglomerate, affiliate, or parent company) having either a financial interest in or other interest which could be substantially affected by the outcome of

---

[1] Defendants' corporate affiliations are unknown at this time.

this particular case:

None.

3.     The following is a full and complete list of all persons serving as attorneys for

the parties to this proceeding:

**Counsel for Penn-America Insurance Company**

Steven D. Ginsburg, Esq.
Litchfield Cavo LLP
2100 Riveredge Parkway, Suite 1200
Atlanta, Georgia 30328

**DATED this 24th day of July, 2024.**

Respectfully submitted,

*/s/ Steven D. Ginsburg*
STEVEN D. GINSBURG
Georgia Bar No. 121055
*Counsel for Penn America*
*Insurance Company*

**LITCHFIELD CAVO LLP**
2100 Riveredge Parkway, Suite 1200
Atlanta, GA 30328
Phone: (770) 628-7111
Facsimile: (770) 628-7101
ginsburg@litchfieldcavo.com

## <u>LOCAL RULE 7.1(D) CERTIFICATION</u>

The undersigned certifies that this pleading has been prepared with Times New Roman font size 14 approved by Local Rule 5.1B.

This 24th day of July, 2024.

/s/ Steven D. Ginsburg
STEVEN D. GINSBURG
Georgia Bar No. 121055
*Counsel for Penn-America Insurance Company*

**LITCHFIELD CAVO LLP**
2100 Riveredge Parkway, Suite 1200
Atlanta, GA 30328
Phone: (770) 628-7111
ginsburg@litchfieldcavo.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day filed the within and foregoing **Plaintiff Penn America Insurance Company's Certificate of Interested Persons and Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system. Notice of this filing will be served upon the Defendants with the Complaint (Doc. 1) and Summons (Docs. 10-15).

This 24th day of July, 2024.

/s/ *Steven D. Ginsburg*
STEVEN D. GINSBURG
Georgia Bar No. 121055
*Counsel for Penn America Insurance Company*

**LITCHFIELD CAVO LLP**
2100 Riveredge Parkway, Suite 1200
Atlanta, GA 30328
Phone: (770) 628-7111
ginsburg@litchfieldcavo.com