AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| PENN-AMERICA INSURANCE COMPANY </br></br> *Plaintiff(s)* </br> v. </br></br> ATL20RIV Owner LLC dba Archway Aparments, et al. </br> *Defendant(s)* | Civil Action No. 1:24-cv-03195-TWT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Strategic Managment Partners, LLC
c/o Registered Agents Solutions, Inc. - Is Registered Agent
900 Old Roswell Lake Pkway, Suite 310
Roswell, GA 30076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Steven Ginsburg
Litchfiled Cavo LLP
2100 Riveredge Parkway, Suite 1200
Atlanta, GA 30328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 07/25/2024

s/Britney Rodgers
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-03195-TWT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Strategic Management Partners, LLC
was received by me on *(date)* July 25, 2024.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kiara Soldano , who is
designated by law to accept service of process on behalf of *(name of organization)* Registered
Agents Solutions, Inc. on *(date)* July 26, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 29, 2024

*Server's signature*

Craig Brazeman, Certified Process Server
*Printed name and title*

Atlanta, Georgia 30342
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset