AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| PENN-AMERICA INSURANCE COMPANY | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:24-cv-03195-TWT |
| ATL20RIV Owner LLC dba Archway Aparments, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Jaida Parson
    111 Elizabeth Way
    Ellenwood, Georgia 30294

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Steven Ginsburg
    Litchfield Cavo LLP
    2100 Riveredge Parkway, Suite 1200
    Atlanta, GA 30328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 07/25/2024

s/Britney Rodgers
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-03195-TWT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Jaida Parson**

was received by me on *(date)* **July 25, 2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **Mikhai Davis (age 18)**, a person of suitable age and discretion who resides there,
on *(date)* **July 27, 2024**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* **July 27, 2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **July 29, 2024**

*Server's signature*

**Craig Brazeman, Certified**
*Printed name and title* **Process Server**

**Atlanta, Georgia 30342**
*Server's address*

Additional information regarding attempted service, etc: **Residence and service address is located at 501 Harvick Circle, Stockbridge, Georgia 30281.**

Print | Save As... | Reset