AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

PENN-AMERICA INSURANCE COMPANY

*Plaintiff(s)*

v.

ATL20RIV Owner LLC dba Archway Aparments, et al.

*Defendant(s)*

Civil Action No. 1:24-cv-03195-TWT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alexander Forrest Investments, LLC
Northwest Registered Agent Service, Inc. - Its Registered Agent
8735 Dunwoody Place, STE N
Atlanta, GA 30350

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Ginsburg
Litchfield Cavo LLP
2100 Riveredge Parkway, Suite 1200
Atlanta, GA 30328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 07/25/2024

s/Britney Rodgers
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-03195-TWT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alexander Forrest Investments, LLC
was received by me on *(date)* July 25, 2024.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jean Taylor, who is designated by law to accept service of process on behalf of *(name of organization)* Northwest Registered Agent Service, Inc. on *(date)* July 26, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 29, 2024

Server's signature

Craig Brazeman   Certified Process Server
Printed name and title

Atlanta, Georgia 30342
Server's address

Additional information regarding attempted service, etc:

Print     Save As...     Reset