AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Northern District of Georgia

| | |
|---|---|
| PENN-AMERICA INSURANCE COMPANY | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:24-cv-03195-TWT |
| | ) |
| ATL20RIV Owner LLC dba Archway Aparments, et al. | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Archway Equity Partners, LLC
c/o National Registered Agents, Inc.  Its Registered Agent
289 S. Culver Street
Lawrenceville, GA 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Ginsburg
Litchfield Cavo LLP
2100 Riveredge Parkway, Suite 1200
Atlanta, GA 30328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date:  _____07/25/2024_____

_____s/Britney Rodgers_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-03195-TWT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Archway Equity Partners, LLC
was received by me on *(date)* July 25, 2024.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jane Richardson _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* CT
Corporation System on *(date)* July 29, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 29, 2024

_____
*Server's signature*

Craig Brazeman, Certified Process Server
*Printed name and title*

Atlanta, Georgia 30342
*Server's address*

Additional information regarding attempted service, etc:


Print     Save As...     Reset